CHARLES W. JONES, as Administrator of the Estate of ANDREW JONES, Deceased, Appellant, v. LIBERTY FAST FREIGHT Co., INC., et al., Respondents.— In an action to recover damages for the wrongful death of plaintiff's intestate, judgment for defendants entered on the granting of a motion at the close of the entire case reversed on the law and new trial granted, with costs to abide the event. The proof presented issues of fact for the jury. The physical facts would warrant a jury in finding that the truck driver was negligent in proceeding at an excessive rate of speed, particularly in the light of the weather then prevailing. The issue of contributory negligence, as to which the burden was on the defendants, was for the jury to determine. (*Lee* v. *City Brewing Corp.*, 279 N. Y. 380.) Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ., concur.

∎

HARRY C. KING, Respondent, v. JOSEPH BLACK et al., Appellants.— In an action to foreclose a mortgage in the form of a deed, upon real property located in the city of White Plains, judgment in favor of plaintiff reversed on the law and the facts and new trial granted, with costs to appellants to abide the event. It was undisputed at the trial that appellants were entitled to certain credits to offset the amount of the indebtedness for which the learned referee found that the deed was given as security. Some evidence as to the amount of such credits was adduced, but no credit was given therefor in the judgment. In the interests of justice, a new trial should be had, at which evidence with respect to the credits may be fully developed. Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ., concur.